NATHAN ROSENBLUTH, Appellant, *v.* SOL SACKADORF et al., Respondents.

Submitted October 4, 1948; decided October 6, 1948.

*Milton M. Eisenberg* for motion.
*Herbert L. Fine* and *Samuel Douglas* opposed.

Motion denied (Civ. Prac. Act, § 558; *Siegelbaum* v. *Dowling,* 279 N. Y. 22). The time within which respondents may serve and file copies of the points to be relied on by them is extended to twenty days after entry of the order hereon.